UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DR. LISA ECCLES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:21-cv-382 |
| v. | ) | |
| | ) | Magistrate Judge Debra C. Poplin |
| WALTERS STATE COMMUNITY | ) | |
| COLLEGE and TENNESSEE BOARD | ) | |
| OF REGENTS, | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

Pursuant to the Court's Order (Doc. 46), Defendants provide the following report on the status of the settlement between the parties. The terms of the final settlement agreement have been finalized and were signed by the parties at the end of October. The request for approval was submitted earlier this month, and the settlement is moving through the statutorily required approved process.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*/s/ Jeffrey B. Cadle*
Jeffrey B. Cadle, BPR #037037
Assistant Attorney General
Melissa Brodhag, BPR #021133
Senior Assistant Attorney General
P. O. Box 20207
Nashville, TN 37202-0207
Telephone:   (615) 741-2472
jeffrey.cadle@ag.tn.gov
melissa.brodhag@ag.tn.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was electronically served on November 29, 2024, via the Court's CM/ECF filing system, upon the following:

Jennifer B. Morton
Summer H. McMillan
Law Office of Jennifer B. Morton
8217 Pickens Gap Road
Knoxville, TN 37920
jennifermorton@comcast.net

Wade B. Cowan
Davies, Humphreys & Reese
85 White Bridge Road, Suite 300
Nashville, TN 37205
wcowan@dhhrplc.com

*Counsel for Plaintiff*

                                                 */s/ Jeffrey B. Cadle*
                                                 Jeffrey B. Cadle